UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EILRICH,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:21–cv–832–KJN<br><br>ORDER GRANTING IFP AND DIRECTING SERVICE<br><br>(ECF No. 2) |

Presently pending before the court is plaintiff's motion for leave to proceed in forma pauperis. See 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1] (ECF No. 2.) Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs or give security for them. Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

    2.    The Clerk of the Court is directed to serve a copy of this order on the United States Marshal;

    3.    Within 14 days from the date of this order, plaintiff shall submit to the United States Marshal (501 I St., 5th Floor, Sacramento, CA 95814) an original and five

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

1

| | | |
|---|---|---|
| 1 | | copies of the completed summons, five copies of the complaint, and a completed |
| 2 | | USM-285 form, *and shall file a statement with the court that such documents have* |
| 3 | | *been submitted to the United States Marshal*; |
| 4 | 4. | The United States Marshal is directed to serve all process without prepayment of |
| 5 | | costs not later than 60 days from the date of this order. Service of process shall be |
| 6 | | completed by delivering a copy of the summons, complaint, and scheduling order |
| 7 | | to the United States Attorney for the Eastern District of California, and by sending |
| 8 | | two copies of the summons and complaint by registered or certified mail to the |
| 9 | | Attorney General of the United States at Washington, D.C. See Fed. R. Civ. P. |
| 10 | | 4(i)(1)(A) & (B). The Marshal shall also send a copy of the summons and |
| 11 | | complaint, by registered or certified mail to the Commissioner of Social Security, |
| 12 | | c/o Office of General Counsel, Region IX, 160 Spear Street, Suite 800, San |
| 13 | | Francisco, CA, 94105-1545. See Fed. R. Civ. P. 4(i)(2). *The United States* |
| 14 | | *Marshal shall thereafter file a statement with the court that such documents have* |
| 15 | | *been served*; and |
| 16 | 5. | The parties are hereby notified that, <u>after service of the complaint, this action will</u> |
| 17 | | <u>be STAYED pursuant to General Order Number 615</u>, and there will be no |
| 18 | | scheduling order or deadlines in effect pending further order of the court. See E.D. |
| 19 | | Cal. G.O. No. 615, Paragraphs 6, 10. |

Dated: May 10, 2021

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

eilr.832

2